UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUJIFILM Corporation, et al.<br>7-3 Akasaka 9-chome, Minato-ku,<br>Tokyo 107-0052, Japan<br>    Petitioners,<br>v.<br>Sony Corporation, et al.<br>1-7-1 Konan, Minato-ku<br>Tokyo 108-0075, Japan<br>    Respondents. | Misc. Action No. 16-mc-_____<br><br>(On Application from U.S. International Trade Commission Investigation No. 337-TA-1012) |

## UNOPPOSED APPLICATION FOR THE ISSUANCE OF A DEPOSITION ORDER UPON RECOMMENDATION OF THE U.S. INTERNATIONAL TRADE COMMISSION

Petitioners FUJIFILM Corporation and FUJIFILM Recording Media U.S.A. (collectively, "FUJIFILM"), Complainants in the above-captioned U.S. International Trade Commission (ITC) Investigation, hereby apply for the issuance of an order to take the depositions of certain employees of Respondents Sony Corporation, located at 1-7-1 Konan, Minato-ku, Tokyo 108-0075, Japan, Sony Corporation of America, located at 550 Madison Avenue, New York, New York 10022, and Sony Electronics Inc., located at 16535 Via Esprillo Bldg. 1, San Diego, California 92127 (collectively, "Sony").

FUJIFILM attaches hereto, as Exhibit 1, its unopposed application to the ITC in Investigation No. 337-TA-1012 for a recommendation to this Court to issue an order/commission requiring depositions of certain employees of Sony in Tokyo, Japan. *See* Ex. 1.[1] FUJIFILM also attaches hereto, as Exhibit 2, Order No. 8 in Investigation No. 337-TA-1012, which was issued on August 30, 2016, by Administrative Law Judge David P. Shaw, granting FUJIFILM's unopposed application in that matter. *See* Ex. 2.

---

[1] FUJIFILM's notice of deposition to Sony, which was attached to FUJIFILM's application to the ITC as Exhibit B, is confidential and subject to the protective order in that matter, and is therefore omitted from this motion.

1

2

Pursuant to Order No. 8 of the ITC, FUJIFILM respectfully requests that this Court issue an Order, substantially in the form of the Proposed Order attached hereto as Exhibit 3, that the depositions specified therein be taken in Tokyo, Japan. *See* Ex. 3.

Dated: September 1, 2016

/s/ _____

Robert Scheinfeld
Robert L. Maier
Michael E. Knierim
Jennifer C. Tempesta
Stephanie Diehl
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408 2500
Fax: (212) 408 2501

David M. Schlitz
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

Syed K. Fareed
BAKER BOTTS L.L.P.
98 San Jacinto Blvd,
Austin, TX 78701
Phone: (512) 322-2500
Fax: (512) 322-2501

T. Spence Chubb
Law Office of T. Spence Chubb
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
tschubb@tspencechubb.com
Telephone: (703) 623-7739
Fax: (703) 563-6055

*Attorneys for Complainants*

*FUJIFILM Corporation and
FUJIFILM Recording Media U.S.A.,
Inc.*